Skip to Main Content Logout My Account Search Menu Search Civil, Family, Probate and Tax Court Case Records Refine Search  Back

Location : All Locations   Images Help

# REGISTER OF ACTIONS
## CASE NO. 26CV13538

| | | | |
|---|---|---|---|
| Jane Stapleton, Dan McGee, PHD, Eugene Emergency Physicians vs Peacehealth, Apollomd, Inc, Apollomd Business Services, LLC, Lane Emergency Physicians LLC | § § § § § | Case Type: | **Injunctive Relief** |
| | | Date Filed: | **03/20/2026** |
| | | Location: | **Lane** |

---

### PARTY INFORMATION

| | | **Attorneys** |
|---|---|---|
| **Defendant** | **Apollomd Business Services, LLC** | |
| **Defendant** | **Apollomd, Inc** | |
| **Defendant** | **Lane Emergency Physicians LLC** | |
| **Defendant** | **Peacehealth** | |
| **Plaintiff** | **Eugene Emergency Physicians** | **TODD R JOHNSTON**<br>*Retained*<br>541 686-8511(W) |
| **Plaintiff** | **McGee, Dan, PHD** | **TODD R JOHNSTON**<br>*Retained*<br>541 686-8511(W) |
| **Plaintiff** | **Stapleton, Jane** | **TODD R JOHNSTON**<br>*Retained*<br>541 686-8511(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 03/20/2026 | **Complaint**<br>Created: 03/20/2026 4:39 PM |
| 03/20/2026 | **Service** |

| | |
|---|---|
| Peacehealth | Unserved |
| Apollomd, Inc | Unserved |
| Apollomd Business Services, LLC | Unserved |
| Lane Emergency Physicians LLC | Unserved |
| Created: 03/20/2026 4:39 PM | |

| | |
|---|---|
| 03/20/2026 | **Motion - Appoint Guardian ad Litem**<br>Created: 03/20/2026 4:39 PM |
| 03/20/2026 | **Order - Appointing Guardian Ad Litem** (Judicial Officer: McAlpin, Jay A )<br>Signed:  03/20/2026<br>Created: 03/20/2026 4:40 PM |
| 03/20/2026 | **Motion**<br>*To waive notice re: guardian ad litem*<br>Created: 03/20/2026 4:45 PM |
| 03/20/2026 | **Order** (Judicial Officer: McAlpin, Jay A )<br>*On motion to waive notice re: guardian ad litem*<br>Signed:  03/20/2026<br>Created: 03/20/2026 4:46 PM |

---

### FINANCIAL INFORMATION

| | |
|---|---|
| **Attorney** JOHNSTON, TODD R | |
| Total Financial Assessment | 281.00 |
| Total Payments and Credits | 281.00 |
| **Balance Due as of 04/06/2026** | **0.00** |

| | | | |
|---|---|---|---|
| 03/20/2026 | Transaction Assessment | | 281.00 |
| 03/20/2026 | Counter Payment | Receipt # 2026-11531-TP | JOHNSTON, TODD R | (281.00) |

Exhibit B

Page 1 of 1