Todd R. Johnston, OSB 992913
tjohnston@hershnerhunter.com
Alexandra P. Hilsher, OSB 114218
ahilsher@hershnerhunter.com
Hershner Hunter, LLP
675 Oak St., Ste. 400
Eugene, OR 97401
Telephone: (541) 686-8511
Facsimile: (541) 344-2025

Of Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

|  |  |
|---|---|
| KAREN STAPLETON, as guardian *ad litem* for JANE STAPLETON; DAN McGEE, MD, PhD, an individual and licensed medical practitioner; and EUGENE EMERGENCY PHYSICIANS, P.C., an Oregon professional corporation;<br><br>        Plaintiffs,<br><br>   v.<br><br>PEACEHEALTH, a Washington nonprofit corporation; APOLLOMD, INC., a Georgia corporation; APOLLOMD BUSINESS SERVICES, LLC; LANE EMERGENCY PHYSICIANS LLC, an Oregon limited liability corporation; and DOES 1 - 5;<br><br>        Defendants. | Case No. 6:26-cv-00684-MTK<br><br>DECLARATION OF COREY ORTON, MD<br><br>In Support Of Plaintiffs' Motion For An Order To Show Cause Why Preliminary Injunction Should Not Issue |

I, Corey Orton, MD, hereby declare:

1.    I make this declaration based upon my personal knowledge.

Page 1 - DECLARATION OF COREY ORTON, MD

4914-5431-9262

2.      I am the President of Radiology Associates, P.C. ("RAPC"), and have been with RAPC and Oregon Imaging Centers, L.L.C. since 2016.  I am also the Chair of Radiology/Pathology for Sacred Heart Riverbend and Medical Director for Radiology at Sacred Heart Riverbend and Cottage Grove Medical Center.

3.      I understand that PeaceHealth has awarded a contract to ApolloMD for the provision of emergency medical services at its Lane County Hospitals.

4.      Despite participation in multiple meetings with Defendants' "transition teams," it is not clear and there has been no actual explanation of, a meaningful plan, let alone strategy for implementing that plan.

5.      I am a member of the medical staff and Medical Executive Committee of Sacred Heart Riverbend. If the plan that has been articulated to me by PeaceHealth and ApolloMD is executed, Lane County patients will be at significant risk and the quality and availability of emergency medical care, and even non-emergency medical care, will be significantly reduced.

5.      Regardless of whether the underlying arrangements are legal or not, the rapid transition of emergency care to an entirely new group of Emergency Medicine providers will result in extraordinary inefficiencies and reduced quality of care.  This is not a statement on the inherent quality of the incoming professionals, but rather the realities of a wholesale dismantling and reforming of an entire department tasked with being a regional safety net and referral center as well as a level 2 trauma center and a stroke center over the course of just a few weeks.

6.      One of the outcomes that will directly affect RAPC will be the demand for additional imaging and image guided intervention that is inherent in the practice of locums (non-resident, temporary physicians) medicine where the providers are not well versed in the systems in which they are working.  Even the few full-time replacement providers will not have the institutional memory to efficiently navigate the local system, to the point they will not be able to provide guidance and advice to the locums providers filling in the staffing gaps caused by this

Page 2 - DECLARATION OF COREY ORTON, MD

4914-5431-9262

rapid wholesale replacement. This will lead to additional systemic cost, longer wait times for imaging not just for emergency and hospital-admitted patients, but also outpatients who rely on the hospital to provide their complex imaging (including specifically pediatric patients and those who have implantable devices or may require anesthesia), and an overall increased stress on the delivery of medical care.

7. These changes have the potential to increase Diagnostic as well as Interventional Radiologist burnout, decrease our ability to recruit to the area, and long term may impact our ability to provide the excellent level of care we currently are able to deliver to the community.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

Dated: 4/7/2026

Signed by:

*Corey Orton, MD*

4C7293E0F0C64FE...

Corey Orton, MD

Page 3 - DECLARATION OF COREY ORTON, MD

4914-5431-9262