Todd R. Johnston, OSB 992913
tjohnston@hershnerhunter.com
Alexandra P. Hilsher, OSB 114218
ahilsher@hershnerhunter.com
Hershner Hunter, LLP
675 Oak St., Ste. 400
Eugene, OR 97401
Telephone: (541) 686-8511
Facsimile: (541) 344-2025

Of Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| KAREN STAPLETON, as guardian *ad litem* for JANE STAPLETON; DAN McGEE, MD, PhD, an individual and licensed medical practitioner; and EUGENE EMERGENCY PHYSICIANS, P.C., an Oregon professional corporation;<br><br>Plaintiffs,<br><br>v.<br><br>PEACEHEALTH, a Washington nonprofit corporation; APOLLOMD, INC., a Georgia corporation; APOLLOMD BUSINESS SERVICES, LLC; LANE EMERGENCY PHYSICIANS LLC, an Oregon limited liability corporation; and DOES 1 - 5;<br><br>Defendants. | Case No. 6:26-cv-00684-MTK<br><br>DECLARATION OF ALLAN A. HUNTER, MD<br><br>In Support Of Plaintiffs' Motion For An Order To Show Cause Why Preliminary Injunction Should Not Issue |

I, Dr. Allan A. Hunter, hereby declare:

1.    I make this declaration based upon my personal knowledge.

Page 1 - DECLARATION OF ALLAN A. HUNTER, MD

4914-5431-9262

2.      I am one of the owners of Oregon Eye Consultants, P.C. ("Oregon Eye Consultants"), and have been with Oregon Eye Consultants since May 2018.  Oregon Eye Consultants has and continues to provide emergency services at PeaceHealth's Riverbend facility.

3.      I understand that PeaceHealth has awarded a contract to ApolloMD for the provision of emergency medical services at its Lane County Hospitals.

4.      If the current plan, as explained by PeaceHealth and ApolloMD is executed, Lane County patients will be at significant risk and the quality and availability of emergency medical care, and even non-emergency medical care, will be significantly reduced.

5.      Regardless of whether the underlying arrangements are legal or not, the rapid transition of emergency care to new physicians will also result in extraordinary inefficiencies and reduced quality of care.  If the transition that PeaceHealth and ApolloMD have described happens, patients will be at significant risk.

6.      One of the outcomes that will directly affect Oregon Eye Consultants will be inefficiencies inherent with working with locums physicians (non-resident, temporary physicians) who are unfamiliar with Oregon Eye Consultants' physicians, hospital procedures and the local medical community.  This will lead to additional cost, additional wait times and an overall increased stress on the delivery of medical care.

7.      If the status quo is not immediately preserved, the impacts to the delivery of emergency medical care and the unavailability of care will begin occur well before the announced transition dates in May and June and those impacts will likely be irreversible.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

Dated:  4/8/2026
_____

Signed by:

CB7B285CFE7A4AC...
Allan A. Hunter, MD

Page 2 - DECLARATION OF ALLAN A. HUNTER, MD

4914-5431-9262