Todd R. Johnston, OSB 992913
tjohnston@hershnerhunter.com
Alexandra P. Hilsher, OSB 114218
ahilsher@hershnerhunter.com
Hershner Hunter, LLP
675 Oak St., Ste. 400
Eugene, OR 97401
Telephone: (541) 686-8511
Facsimile: (541) 344-2025


Of Attorneys for Plaintiffs


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION


| | |
|---|---|
| KAREN STAPLETON, as guardian *ad litem* for JANE STAPLETON; DAN McGEE, MD, PhD, an individual and licensed medical practitioner; and EUGENE EMERGENCY PHYSICIANS, P.C., an Oregon professional corporation;<br><br>                Plaintiffs,<br><br>        v.<br><br>PEACEHEALTH, a Washington nonprofit corporation; APOLLOMD, INC., a Georgia corporation; APOLLOMD BUSINESS SERVICES, LLC; LANE EMERGENCY PHYSICIANS LLC, an Oregon limited liability corporation; and DOES 1 - 5;<br><br>                Defendants. | Case No. 6:26-cv-00684-MTK<br><br>DECLARATION OF CHRISTOPHER ROMPALA, RN, BSN<br><br>In Support Of Plaintiffs' Motion For An Order To Show Cause Why Preliminary Injunction Should Not Issue |


I, Christopher Rompala, RN, BSN, on behalf of the Oregon Nurses Association ("ONA")

hereby declare:


Page 1 - DECLARATION OF CHRISTOPHER ROMPALA, RN, BSN

4914-5431-9262

1.      I make this declaration based upon my personal and professional knowledge.

2.      I am a registered nurse who works in the operating room at PeaceHealth Riverbend and have practiced in the PeaceHealth hospitals in Lane County, Oregon since 2014. Additionally, I am chair of the ONA bargaining unit at PeaceHealth Riverbend and a member of ONA's statewide board of directors.

3.      I understand that PeaceHealth has awarded a contract to ApolloMD for the provision of emergency medical services at its Lane County Hospitals.

4.      If the current plan, as explained by PeaceHealth and ApolloMD is executed, Lane County patients will be at significant risk and the quality and availability of emergency medical care, and even non-emergency medical care, will be significantly reduced.

5.      Regardless of whether the underlying arrangements are legal or not, the rapid transition of emergency care to new physicians will also result in extraordinary inefficiencies and reduced quality of care.

6.      Recently, PeaceHealth has needed to hire an unprecedented number of new nurses to fill extensive vacancies. Many of these new hires are recent nursing school graduates. Traditionally, new graduates need additional time and support from experienced physicians and nurses. It will be more difficult and time-consuming to onboard and train new graduates while onboarding and training new emergency department physicians. This will likely lead to increased wait times for patients.

7.      Many nurses and providers at PeaceHealth Riverbend have indicated they may leave their positions due to PeaceHealth executive's decision to terminate the EEP and other factors. This will exacerbate our community's healthcare crisis and make it more challenging for community members to receive timely care.

8.      My colleagues in the operating room work closely with emergency department providers. Our established working relationship is essential for facilitating care in the operating

Page 2 - DECLARATION OF CHRISTOPHER ROMPALA, RN, BSN

4914-5431-9262

room. It is essential that patients who arrive at the emergency department and are transferred to the operating room are treated quickly and professionally. Creating new relationships between a new external team of doctors and current staff at Riverbend will take significant time and energy which may slow processes and procedures and ultimately delay patient care.

9.  Patients are already reaching out to nurses with concerns about accessing healthcare at PeaceHealth and are choosing to seek other care options due to PeaceHealth's planned emergency department physician transition. Community members delaying care or traveling farther to access healthcare negatively affects individual and community health in Lane County and beyond.

10. Fundamentally, if the status quo is not preserved until a time when there is a more reasoned and transparent transition plan, patients in Lane County will be at risk and have dramatically reduced access to medical care as well as a fundamentally lower quality of care.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

Dated: 4/7/2026

Signed by:

*Christopher Rompala, RN, BSN*

Christopher Rompala, RN, BSN

Page 3 - DECLARATION OF CHRISTOPHER ROMPALA, RN, BSN

4914-5431-9262