Todd R. Johnston, OSB 992913
tjohnston@hershnerhunter.com
Alexandra P. Hilsher, OSB 114218
ahilsher@hershnerhunter.com
Hershner Hunter, LLP
675 Oak St., Ste. 400
Eugene, OR 97401
Telephone: (541) 686-8511
Facsimile: (541) 344-2025


Of Attorneys for Plaintiffs


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION


| | |
|---|---|
| KAREN STAPLETON, as guardian *ad litem* for JANE STAPLETON; DAN McGEE, MD, PhD, an individual and licensed medical practitioner; and EUGENE EMERGENCY PHYSICIANS, P.C., an Oregon professional corporation;<br><br>Plaintiffs,<br><br>v.<br><br>PEACEHEALTH, a Washington nonprofit corporation; APOLLOMD, INC., a Georgia corporation; APOLLOMD BUSINESS SERVICES, LLC; LANE EMERGENCY PHYSICIANS LLC, an Oregon limited liability corporation; and DOES 1 - 5;<br><br>Defendants. | Case No. 6:26-cv-00684-MTK<br><br>DECLARATION OF BRETT DEEDON<br><br>In Support Of Plaintiffs' Motion For An Order To Show Cause Why Preliminary Injunction Should Not Issue |


I, Brett Deedon on behalf of Local 851 hereby declare:

1.      I make this declaration based upon my personal and professional knowledge.


Page 1 - DECLARATION OF BRETT DEEDON


4914-5431-9262

2.      I am a Paramedic and the President of Local 851 Lane Professional Firefighters and have practiced in Lane County, Oregon since 2018.

3.      I understand that PeaceHealth has awarded a contract to ApolloMD for the provision of emergency medical services at its Lane County Hospitals.

4.      If the current plan, as explained by PeaceHealth and ApolloMD is executed, Lane County patients will be at significant risk and the quality and availability of emergency medical care, and even non-emergency medical care, will be significantly reduced.

5.      Regardless of whether the underlying arrangements are legal or not, the rapid transition of emergency care to new physicians will also result in extraordinary inefficiencies and reduced quality of care.

6.      Several of the inevitable results that will directly affect patients and providers is a dramatic increase in the wait times experienced, as well as a fundamentally lower quality of care.

7.       Fundamentally, if the status quo is not preserved until a time when there is a more reasoned and transparent transition plan, patients in Lane County will be at risk and may have dramatically reduced access to medical care.

8.      Eugene Springfield Fire (ESF) is the largest publicly ran ambulance provider in the state of Oregon. ESF responds to approximately 50,000 calls for service annually resulting in approximately 28,000 transports, 90% of which are to Peace Health Riverbend ED Pre hospital emergency care (the ambulance) is required by the Oregon Health Authority that their EMT's operate under written protocol. Additionally, the ambulance must have emergent access to medical control, a physician available at the receiving facility familiar with their protocol, to order more advanced care and procedures when called for. There has been no plan or discussion regarding how this will be accomplished with the new staffing plan with physicians that are "transient", unfamiliar, and likely not invested in the system or community. Furthermore, without a plan in

/////

Page 2 - DECLARATION OF BRETT DEEDON

4914-5431-9262

place this change stands to immediately degrade ongoing quality assurance of prehospital care and continuity of care.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

Dated: 4/7/2026

Signed by:

T. Brett Deedon

B0EE965870644E3

Brett Deedon

Page 3 - DECLARATION OF BRETT DEEDON

4914-5431-9262