Todd R. Johnston, OSB 992913
tjohnston@hershnerhunter.com
Alexandra P. Hilsher, OSB 114218
ahilsher@hershnerhunter.com
Hershner Hunter, LLP
675 Oak St., Ste. 400
Eugene, OR 97401
Telephone: (541) 686-8511
Facsimile: (541) 344-2025


Of Attorneys for Plaintiffs


## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| KAREN STAPLETON, as guardian *ad litem* for JANE STAPLETON; DAN McGEE, MD, PhD, an individual and licensed medical practitioner; and EUGENE EMERGENCY PHYSICIANS, P.C., an Oregon professional corporation;<br><br>Plaintiffs,<br><br>v.<br><br>PEACEHEALTH, a Washington nonprofit corporation; APOLLOMD, INC., a Georgia corporation; APOLLOMD BUSINESS SERVICES, LLC; LANE EMERGENCY PHYSICIANS LLC, an Oregon limited liability corporation; and DOES 1 - 5;<br><br>Defendants. | Case No. 6:26-cv-00684-MTK<br><br>DECLARATION OF KAREN STAPLETON<br><br>In Support Of Plaintiffs' Motion For An Order To Show Cause Why Preliminary Injunction Should Not Issue |

I, Karen Stapleton, hereby declare:

1.      I make this declaration based upon my personal knowledge.


Page 1 - DECLARATION OF KAREN STAPLETON

4914-5431-9262

2.      I am the mother and appointed guardian ad litem of Jane Stapleton.

3.      Jane is a minor who has lived in Eugene her entire life.

4.      Jane is a former patient at PeaceHealth's Sacred Heart Medical Center at Riverbend, received emergency services there, and because of an underlying health condition, Jane is likely to need emergency medical care in the future.


**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

Dated:  4/7/2026

DocuSigned by:

*karen Stapleton*

147C92B0EB4E41E...

Karen Stapleton

Page 2 - DECLARATION OF KAREN STAPLETON

4914-5431-9262