Todd R. Johnston, OSB 992913
tjohnston@hershnerhunter.com
Alexandra P. Hilsher, OSB 114218
ahilsher@hershnerhunter.com
Hershner Hunter, LLP
675 Oak St., Ste. 400
Eugene, OR 97401
Telephone: (541) 686-8511
Facsimile: (541) 344-2025

Of Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

|  |  |
|---|---|
| KAREN STAPLETON, as guardian *ad litem* for JANE STAPLETON; DAN McGEE, MD, PhD, an individual and licensed medical practitioner; and EUGENE EMERGENCY PHYSICIANS, P.C., an Oregon professional corporation;<br><br>    Plaintiffs,<br><br>  v.<br><br>PEACEHEALTH, a Washington nonprofit corporation; APOLLOMD, INC., a Georgia corporation; APOLLOMD BUSINESS SERVICES, LLC; LANE EMERGENCY PHYSICIANS LLC, an Oregon limited liability corporation; and DOES 1 - 5;<br><br>    Defendants. | Case No. 6:26-cv-00684-MTK<br><br>DECLARATION OF LAURIE PARRISH<br><br>In Support Of Plaintiffs' Motion For An Order To Show Cause Why Preliminary Injunction Should Not Issue |

I, Laurie Parrish, hereby declare as follows:

1. I am a paralegal with Hershner Hunter, LLP, attorneys for Plaintiffs in the above matter. I make this statement based upon my own personal knowledge or upon my review of

Page 1 - DECLARATION OF LAURIE PARRISH

4914-5431-9262

records kept by the law firm of Hershner Hunter, LLP, of acts, events, conditions, or opinions, which records were made at or near the time of the act, event, condition, or opinion, by or from information transmitted by a person with knowledge of the act, event, condition, or opinion, whose regular practice it was to create such records, and which records are kept in the course of the regularly conducted business of the firm. I make this declaration in support of Plaintiffs' Motion for an Order to Show Cause Why Preliminary Injunction Should Not Issue.

2.      Attached hereto as Exhibit 1 is a true copy of an article *"From Corporate to Care: Dr. Chapman's Inspiring Journey to Medicine as a Second Career"* published on ApolloMD's website, that I located on April 6, 2026, (https://apollomd.com/blog/from-corporate-to-care-dr-chapmans-inspiring-journey-to-medicine-as-a-second-career/).

3.      Attached hereto as Exhibits 2, 3, and 4 are true copies of advertisements published on AplloMD's website, that I located on April 6, 2026, (https://apollomd.com/jobs/?viewCareer=list-tab&locationCareer%5B%5D=oregon&categoryCareer=&specialtyCareer=).

4.      On April 6, 2026, I searched the Business Name Search page of the Secretary of State, Corporation Division website and there were no entities registered in Oregon containing the name "ApolloMD" (https://egov.sos.state.or.us/br/pkg_web_name_srch_inq.login).

5.      Attached hereto as Exhibit 5 is a true copy of Lane Emergency Physicians LLC's Articles of Organization filed with the Oregon Secretary of State.

/////

/////

/////

/////

/////

Page 2 - DECLARATION OF LAURIE PARRISH

6.      Attached hereto as Exhibit 6 is a true copy of the Licensee Search for John Chapman published on the Oregon Medical Board website, that I located on April 6, 2026 (https://omb.oregon.gov/Clients/ORMB/Public/Verification.aspx).

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

Dated: 4/7/2026 _____

DocuSigned by:

*Laurie Parrish*

62B7129E8AB94AA

Laurie Parrish

Page 3 - DECLARATION OF LAURIE PARRISH

4914-5431-9262



Search



Download as PDF

# From Corporate to Care: Dr. Chapman's Inspiring Journey to Medicine as a Second Career



The path to becoming a physician is rarely straightforward, but few stories are as compelling as Dr. Chapman's. After a successful career in healthcare IT, Dr. Chapman made the bold decision to transition to medicine—a move that has since earned him

Exhibit 1
Page 1 of 7

recognition as ApolloMD's Medical Director of the Year. His story, marked by perseverance, self-discovery, and a deep commitment to service, offers invaluable lessons for aspiring physicians, especially those who might be considering medicine as a second career.

## A Foundation Rooted in Service



Growing up in Kansas City, Missouri, and moving frequently due to his father's corporate career, Dr. Chapman learned adaptability at an early age. Despite the challenges of changing schools every two years, his upbringing was steeped in values of community service and giving back. His family's dedication to helping others, from volunteering in soup kitchens to international mission trips, laid the foundation for his eventual calling in medicine.

"It wasn't one key moment," Dr. Chapman reflects, "but a childhood full of service and giving. It's simply what my family did." This ethos of service carried through his early career and eventually directed him toward a profession where he could make a tangible difference —medicine.

## The First Career: Healthcare IT

Before donning the white coat, Dr. Chapman spent six years in healthcare IT at Cerner/Oracle. His early career saw him living abroad in Dubai, London, and Berlin, with the opportunity to witness healthcare systems across the globe. But despite the career success, something was missing.

"I enjoyed my job and did well," he explains. "But after a few years, I realized I wanted a more focused career—a vocation." This realization led him to pursue a Master's in Healthcare Administration at the University of North Carolina at Chapel Hill. Yet, it was during this time that he had a moment of self-actualization, realizing that his true calling was in clinical medicine.

Exhibit 1
Page 2 of 7

# The Leap to Medicine



Making the leap to medical school wasn't easy—Dr. Chapman was 30 years old when he found himself in classrooms filled with 18-year-olds. "The imposter syndrome was real," he admits. But he drew strength from the examples of resilience set by his family, particularly his grandmother, who overcame numerous hardships to achieve a successful career in education and philanthropy.

For Dr. Chapman, medicine wasn't just a career change—it was a second calling. He recalls the profound impact of the 2010 Haiti earthquake, which further solidified his decision to pursue medicine. "I realized that if I wanted to make the most change, I needed to become a healthcare worker, not just a public health advocate," he says.

# Overcoming Challenges and Doubt

The road to becoming a physician is notoriously difficult, and Dr. Chapman's journey was no exception. He faced doubts along the way, missing out on significant life events like friends' weddings and spending time far from family. However, the support of his peers, his wife, and the friendships he made during medical school helped him push through. "It was tough," he admits, "but at the end of it all, I became an Emergency Medicine doctor, which I think is the best specialty in the best field of work."

Dr. Chapman's transition into medicine didn't just lead to personal fulfillment—it also allowed him to become a leader in his field. After completing his residency, he accepted the role of Medical Director at Riverside Medical Center, a position in which he has truly thrived.

# Leading by Example at Riverside Medical Center

When Dr. Chapman took on the role of Medical Director at Riverside, the hospital was undergoing a period of transition. ApolloMD had

Exhibit 1
Page 3 of 7

recently taken over staffing and management of the Emergency Department, and he was the fourth medical director in just two years. His leadership approach? Steady, compassionate, and grounded in evidence-based medicine.



"I focused on providing steady leadership," Dr. Chapman explains, "by making myself available, listening to nursing leadership, and reassuring my team." His efforts were instrumental in improving patient satisfaction and streamlining clinical processes, including stroke protocols and emergency department orders, resulting in significant operational improvements.

Under his leadership, Riverside Medical Center achieved a 50% door-to-needle time for stroke care of under 45 minutes, and the ED's patient satisfaction soared above the 90th percentile. These remarkable achievements were the result of teamwork, a fact Dr. Chapman is quick to point out. "I have passionate team members across the board, from nursing leadership to Advanced Practice Clinicians. Without them, it wouldn't matter how hard I worked."

## Director of the Year

In recognition of his outstanding leadership and commitment to patient care, Dr. Chapman was named ApolloMD's Medical Director of the Year. This prestigious award highlights not only his clinical acumen but also his ability to inspire and uplift those around him. His leadership has transformed the Emergency Department at Riverside, fostering an environment of collaboration, compassion, and excellence.

## A Message for Aspiring Physicians

For those considering a career in medicine later in life, Dr. Chapman offers a simple yet profound piece of advice: "How many lives do you plan on living? If medicine is truly something you are passionate

Exhibit 1
Page 4 of 7

about, I can't imagine letting age get in the way. It is hard, no doubt, but the reward is immense."

Dr. Chapman's journey from healthcare IT to emergency medicine is a testament to the power of perseverance, service, and the pursuit of purpose. His story resonates deeply with those who seek to make a difference, not just through their work, but through their commitment to others. At ApolloMD, he has found a place where his values align with his vocation, and where his passion for medicine continues to inspire those around him.

For physicians seeking to join a team where compassionate care and clinical excellence are not just goals but daily practices, Dr. Chapman's story serves as a powerful example of what's possible at ApolloMD. Here, you won't just find a job—you'll find a calling.

# Get the Latest Medical Insights
## SUBSCRIBE TO OUR BLOG!

* Required fields.

First Name *

Last Name *

Email *

☐ Are you interested in a career with ApolloMD?

Submit

Exhibit 1
Page 5 of 7

Docusign Envelope ID: CAB25D93-F6B7-4E77-B442-DEF4F36C05D7

# Join ApolloMD in shaping a better future.

Browse Job Openings

Request for Proposal



## Healthy Clinicians. Healthy Patients. Healthy Communities.



5665 New Northside Drive
Suite 200
Atlanta, Georgia 30328

## 770-874-5400

About Us

Services

Clinical Careers

Corporate Careers

Exhibit 1
Page 6 of 7

Insights

Pay Account Online

Physician and APC Login

ApolloMD Quality Group

Glossary

Site Map

© 2026 ApolloMD. All rights reserved.

Privacy Policy

Exhibit 1
Page 7 of 7

Docusign Envelope ID: CAB2FD93-F6B7-4E77-8042-DF54FB6C05A7

May we use cookies to track your activities? We take your privacy very seriously. Please see our privacy policy for details and any questions.Yes No

Explore Career Opportunities in Oregon!    Apply Now





 Back

# PeaceHealth Sacred Heart Medical Center RiverBend – Emergency Medicine

PeaceHealth Sacred Heart Medical Center at RiverBend is part of the PeaceHealth health system—a Catholic, not-for-profit healthcare network—the medical center is one of the largest and most advanced hospitals in Oregon, serving patients from Lane County and across southern and coastal Oregon. As a

Exhibit 2
Page 1 of 8

Level II Trauma Center, RiverBend operates 24/7 with comprehensive emergency services and the capability to provide definitive care for severe adult and pediatric trauma. It is a primary destination for complex and urgent medical needs across a broad multi-county region.

- Annual Volume: 85,000

- ED Beds: 44

- Documentation: EPIC

- Physician Daily Coverage: 96 Hours (8-hour shifts)

- APC Daily Coverage: 30 hours

- Full time $315-365+/hour

Springfield , Oregon | Emergency Medicine | PeaceHealth

# Apply Now

* Required fields.

First Name *

Your First Name

Last Name *

Your Last Name

Title *

—Please choose an option—

Board Certification *

—Please choose an option—

Exhibit 2
Page 2 of 8

Specialty *

—Please choose an option—

How Did You Hear About Us? *

—Please choose an option—

Phone Number *

Your Phone Number

Current Citizenship Status *

—Please choose an option—

States Licensed

List States

State of Interest

List States

## Relocation *

Are you willing to relocate?

◉ Yes   ○ No

## Current Residency Status *

Are you currently in a medical residency program?

◉ Yes   ○ No

## Earliest Available Start Date *

When are you available to start working?

mm/dd/yyyy

Exhibit 2
Page 3 of 8

Email *

Your Email Address

Message to Recruiter

Write your message

Upload Your CV *

Choose File   No file chosen

Accepted file types: pdf, doc, docx, Max. file size: 256 MB.

Submit



SCROLL DOWN

# Contact Our Recruiter

Exhibit 2
Page 4 of 8

**Contact our recruiter**

# Maya Brown

✉ mbrown@apollomd.com

📞 424-207-7741

Connect With Maya  ›

# Springfield, Oregon

Springfield, Oregon offers a great balance of small-city comfort and easy access to big-city amenities. Located in the southern Willamette Valley, it has a welcoming, community-focused feel and scenic surroundings just minutes from Eugene. Outdoor recreation is part of everyday life, with the McKenzie and Willamette Rivers, local parks, and miles of trails for biking, hiking, and fishing. Weekend trips to the Oregon Coast, waterfalls, or the Cascade Mountains are all within easy reach. Springfield's revitalized downtown features breweries, coffee shops, art spaces, and local events, while neighboring Eugene adds festivals, live music, University of Oregon activities, and a vibrant food scene. Together, the two cities offer affordable neighborhoods, outdoor adventure, and cultural amenities — without the congestion of a large metro area.

Exhibit 2
Page 5 of 8




Exhibit 2
Page 6 of 8

# Join ApolloMD in shaping a better future.

Browse Job Openings

Request for Proposal



## Healthy Clinicians. Healthy Patients. Healthy Communities.

f  ⓘ  𝕏  ▶  in

5665 New Northside Drive
Suite 200
Atlanta, Georgia 30328

# 770-874-5400

About Us

Services

Clinical Careers

Corporate Careers

Insights

Exhibit 2
Page 7 of 8

Pay Account Online

Physician and APC Login

ApolloMD Quality Group

Glossary

Site Map

© 2026 ApolloMD. All rights reserved.

Privacy Policy

Pay Account Online

Physician and APC Login

Exhibit 2
Page 8 of 8

May we use cookies to track your activities? We take your privacy very seriously. Please see our privacy policy for details and any questions. Yes No

Explore Career Opportunities in Oregon!    Apply Now





 < Back

# PeaceHealth Peace Harbor Medical Center – Emergency Medicine

The Peace Harbor Emergency Department is a Level III Trauma Center, serving the Oregon Coast with people and technology that are ready to handle any life-threatening emergency with Board Certified Emergency Physicians, Surgeons and highly trained nursing and support staff.

Exhibit 3
Page 1 of 8

Docusign Envelope ID: CA82FD93-56B7-4E77-B042-DF54FB6C05A7

- Annual Volume: 13,000

- ED Beds: 11

- Documentation: EPIC

- Physician Daily Coverage: 24 hours

- APC Daily Coverage: 12 hours

- Full time $300/hour

Florence , Oregon │ Emergency Medicine │ PeaceHealth

# Apply Now

*Required fields.

First Name *

Your First Name

Last Name *

Your Last Name

Title *

—Please choose an option—

Board Certification *

—Please choose an option—

Specialty *

—Please choose an option—

Exhibit 3
Page 2 of 8

How Did You Hear About Us? *

—Please choose an option—

Phone Number *

Your Phone Number

Current Citizenship Status *

—Please choose an option—

States Licensed

List States

State of Interest

List States

Relocation *

Are you willing to relocate?

◉ Yes    ○ No

Current Residency Status *

Are you currently in a medical residency program?

◉ Yes    ○ No

Earliest Available Start Date *

When are you available to start working?

mm/dd/yyyy

Email *

Your Email Address

Exhibit 3
Page 3 of 8

Message to Recruiter

Write your message

Upload Your CV *

Choose File    No file chosen

Accepted file types: pdf, doc, docx, Max. file size: 256 MB.



**SCROLL DOWN**

# Contact Our Recruiter

### Contact our recruiter

# Maya Brown

✉ mbrown@apollomd.com

📞 424-207-7741

Connect With Maya ›

# Florence, Oregon

Exhibit 3
Page 4 of 8

Docusign Envelope ID: CAB2FD92-F6B7-4E77-8242-DE54FB6C05A7

Nestled on the Central Oregon Coast between the Siuslaw River and the Pacific Ocean, Florence offers breathtaking natural beauty right outside your doorstep — from pristine beaches and sand dunes to lush forests and riverfront trails. Outdoor enthusiasts can enjoy kayaking, fishing, hiking, golf, and sand dune adventures just minutes from town. Iconic landmarks like the Siuslaw River Bridge and nearby Heceta Head Lighthouse add historic charm to this coastal playground. With a tight-knit community of just over ~8,000 residents, Florence delivers friendly neighborhoods without the stress of big-city living.

 

Exhibit 3
Page 5 of 8

# Join ApolloMD in shaping a better future.

Browse Job Openings

Request for Proposal

Exhibit 3
Page 6 of 8



## Healthy Clinicians. Healthy Patients. Healthy Communities.



5665 New Northside Drive
Suite 200
Atlanta, Georgia 30328

### 770-874-5400

About Us

Services

Clinical Careers

Corporate Careers

Insights

Exhibit 3
Page 7 of 8

Pay Account Online

Physician and APC Login

ApolloMD Quality Group

Glossary

Site Map

© 2026 ApolloMD. All rights reserved.

Privacy Policy

Exhibit 3
Page 8 of 8

May we use cookies to track your activities? We take your privacy very seriously. Please see our privacy policy for details and any questions.Yes No

Explore Career Opportunities in Oregon!     Apply Now

Search





‹ Back

# PeaceHealth Cottage Grove Community Medical Center – Emergency Medicine

PeaceHealth Cottage Grove Community Medical Center is part of the PeaceHealth system, an independent, nonprofit Catholic healthcare organization dedicated to compassionate, patient-centered care. The hospital promotes wellness across the lifespan while fostering a healing environment for mind, body,

Exhibit 4
Page 1 of 8

and spirit. Open 24/7, the medical center serves as a vital healthcare resource for residents of southern Lane County and northern Douglas County, including surrounding rural communities such as Creswell, Lorane, Dexter, Dorena, Drain, Elkton, Oakland, and Yoncalla.

- Annual Volume: 15,000

- ED Beds: 7 (Licensed for 14 ED Beds)

- Daily Physician Hours: 24

- Daily APC Hours: 1

- Critical Access Hospital

- Full time $290/hour

Cottage Grove , Oregon │ Emergency Medicine │ PeaceHealth

# Apply Now

\* Required fields.

First Name \*

Your First Name

Last Name \*

Your Last Name

Title \*

—Please choose an option—

Board Certification \*

—Please choose an option—

Exhibit 4
Page 2 of 8

Specialty *

—Please choose an option—

How Did You Hear About Us? *

—Please choose an option—

Phone Number *

Your Phone Number

Current Citizenship Status *

—Please choose an option—

States Licensed

List States

State of Interest

List States

### Relocation *

Are you willing to relocate?

◉ Yes    ○ No

### Current Residency Status *

Are you currently in a medical residency program?

◉ Yes    ○ No

### Earliest Available Start Date *

When are you available to start working?

mm/dd/yyyy

Exhibit 4
Page 3 of 8

Email *

Your Email Address

Message to Recruiter

Write your message

Upload Your CV *

Choose File   No file chosen

Accepted file types: pdf, doc, docx, Max. file size: 256 MB.

Submit



SCROLL DOWN

# Contact Our Recruiter

Contact our recruiter

## Maya Brown

✉ mbrown@apollomd.com

📞 424-207-7741

Exhibit 4
Page 4 of 8

Connect With Maya ❯

# Cottage Grove, Oregon

Nestled in Oregon's southern Willamette Valley, Cottage Grove is a welcoming small city of about 10,500 residents known for its scenic beauty and strong sense of community. Its historic downtown features preserved early 20th-century architecture, colorful murals, and a lively Main Street filled with local cafés, boutiques, and diverse dining. Outdoor recreation is part of everyday life. The Row River Trail offers more than 16 miles of paved paths for biking and walking, while nearby Dorena Lake and Cottage Grove Lake provide easy access to boating, fishing, and camping. Located just 20 miles south of Eugene, Cottage Grove delivers a relaxed small-town lifestyle with convenient access to city amenities, culture, and entertainment — the best of both worlds.




Exhibit 4
Page 5 of 8

# Join ApolloMD in shaping a better future.

Browse Job Openings

Request for Proposal

Exhibit 4
Page 6 of 8



## Healthy Clinicians. Healthy Patients. Healthy Communities.



5665 New Northside Drive
Suite 200
Atlanta, Georgia 30328

### 770-874-5400

About Us

Services

Clinical Careers

Corporate Careers

Insights

Exhibit 4
Page 7 of 8

Pay Account Online

Physician and APC Login

ApolloMD Quality Group

Glossary

Site Map

© 2026 ApolloMD. All rights reserved.

Privacy Policy

Exhibit 4
Page 8 of 8

# ARTICLES OF ORGANIZATION

**Corporation Division**
sos.oregon.gov/business

**E-FILED**
Feb 09, 2026
**OREGON SECRETARY OF STATE**

**REGISTRY NUMBER**

252877296

**TYPE**

DOMESTIC LIMITED LIABILITY COMPANY

**1. ENTITY NAME**

LANE EMERGENCY PHYSICIANS LLC

**2. MAILING ADDRESS**

5665 NEW NORTHSIDE DR STE 320
ATLANTA GA 30328 USA

**3. PRINCIPAL PLACE OF BUSINESS**

5665 NEW NORTHSIDE DR STE 320
ATLANTA GA 30328 USA

**4. NAME & ADDRESS OF REGISTERED AGENT**

15872088 - CORPORATION SERVICE COMPANY

1127 BROADWAY ST NE STE 310
SALEM OR 97301 USA

**5. ORGANIZERS**

MELISSA ATKINS

5665 NEW NORTHSIDE DR STE 320
ATLANTA GA 30328 USA

**6. INDIVIDUALS WITH DIRECT KNOWLEDGE**

JOHNE PHILIP CHAPMAN

5665 NEW NORTHSIDE DR STE 320
ATLANTA GA 30328 USA

**7. DURATION**

PERPETUAL

**8. MANAGEMENT**

This Limited Liability Company will be manager-managed by one or more managers

**9. PROFESSIONAL SERVICES**

Physicians

Exhibit 5
Page 1 of 2



Corporation Division

sos.oregon.gov/business

**OREGON SECRETARY OF STATE**

---

I declare, under penalty of perjury, that this document does not fraudulently conceal, fraudulently obscure, fraudulently alter or otherwise misrepresent the identity of the person or any officers, managers, members or agents of the limited liability company on behalf of which the person signs. This filing has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete. Making false statements in this document is against the law and may be penalized by fines, imprisonment, or both.

By typing my name in the electronic signature field, I am agreeing to conduct business electronically with the State of Oregon. I understand that transactions and/or signatures in records may not be denied legal effect solely because they are conducted, executed, or prepared in electronic form and that if a law requires a record or signature to be in writing, an electronic record or signature satisfies that requirement.

**ELECTRONIC SIGNATURE**

**NAME**

MELISSA ATKINS

**TITLE**

ORGANIZER

**DATE**

02-09-2026

Exhibit 5
Page 2 of 2