Todd R. Johnston, OSB 992913
tjohnston@hershnerhunter.com
Alexandra P. Hilsher, OSB 114218
ahilsher@hershnerhunter.com
Hershner Hunter, LLP
675 Oak St., Ste. 400
Eugene, OR 97401
Telephone: (541) 686-8511
Facsimile: (541) 344-2025

Hayden K. Rooke-Ley, OSB 242890*
Hayden.k.rookeley@gmail.com
1988 NW Savier St.
Portland, OR 97209
Telephone: (541) 514-0223
*Application for admission forthcoming

Brendan Ballou, DC Bar No. 241592*
brendan@publicintegrityproject.com
Public Integrity Project LLC
1763 Columbia Rd., Ste. 175 #357
Washington DC 20009
Telephone: (917) 684-3900
*Pro hac vice application forthcoming

Of Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| KAREN STAPLETON, as guardian *ad litem* for JANE STAPLETON; DAN McGEE, MD, PhD, an individual and licensed medical practitioner; and EUGENE EMERGENCY PHYSICIANS, P.C., an Oregon professional corporation; | Case No. 6:26-cv-00684-MTK |
| Plaintiffs, | Plaintiffs Jane Stapleton, Dan Mcgee, MD, PhD, and Eugene Emergency Physicians, PC's |
| v. | PROPOSED BRIEFING SCHEDULE AND STATUS REPORT |
| PEACEHEALTH, a Washington nonprofit corporation; APOLLOMD, INC., a Georgia corporation; APOLLOMD BUSINESS SERVICES, LLC; LANE EMERGENCY PHYSICIANS LLC, an Oregon limited liability corporation; and DOES 1 - 5; | |
| Defendants. | |

Page 1 – PLAINTIFFS' PROPOSED BRIEFING SCHEDULE AND STATUS REPORT

**CERTIFICATION**

In compliance with LR 7-1, Plaintiffs have conferred multiple times and been unable to elicit Defendants' agreement on any issue.

**PROPOSED BRIEFING SCHEDULE AND STATUS REPORT**

Plaintiffs provide the following in response to the Court's Order vacating the scheduling conference and requesting specific information [ECF No. 18].  Plaintiffs propose:

1.    Briefing Schedule: (a) Any written Response to the Preliminary Injunction Motion filed on or before April 15 and any Reply by April 17. (b) Any opposition to expedited discovery filed by April 13.

2.    Status Report:  (a) Evidentiary Hearing: Plaintiffs expect that the hearing will take one day; (b) General Evidence to be Presented: testimony and documentary evidence relating to (i) Plaintiffs' and the community's need for a determination on the Preliminary Injunction Motion no later than April 30th (See, e.g. Declarations of Allan Hunter [ECF No. 9], Corey Orton [ECF No. 7], and Rose Fantozzi [ECF No.12] filed in support), after which the status quo will likely be lost and the harm irreversible, (ii) PeaceHealth and ApolloMD Defendants' actual plans, relationships and ownership structure, and (iii) the legality and impact of the same on Plaintiffs and the community; and (c) Need for Evidentiary Hearing: A hearing is critical to provide the Court with testimony from witnesses who will not provide sworn declarations out of fear of retribution from their employer/PeaceHealth and to allow the Court to make credibility determinations of certain key witnesses who have demonstrated credibility issues.

/////

/////

/////

Page 2 – PLAINTIFFS' PROPOSED BRIEFING SCHEDULE AND STATUS REPORT

3.      Plaintiffs have set aside time for a hearing on any date from April 21-30 that is available for the Court.

DATED: April 10, 2026.

HERSHNER HUNTER, LLP

By   */s/ Todd R. Johnston*
Todd R. Johnston (he/him), OSB 992913
tjohnston@hershnerhunter.com
Alexandra P. Hilsher (she/her), OSB 114218
ahilsher@hershnerhunter.com

Hayden K. Rooke-Ley (he/him), OSB 242890*
hayden.k.rookeley@gmail.com
*Application for admission forthcoming*

Brendan Ballou (he/him), DC Bar No. 241592*
brendan@publicintegrityproject.com
*Pro hac vice application forthcoming*

Of Attorneys for Plaintiffs

Page 3 – PLAINTIFFS' PROPOSED BRIEFING SCHEDULE AND STATUS REPORT