Jeffrey G. Bradford, OSB No. 133080
  Direct:  503.802.5724
  Email:  jeff.bradford@tonkon.com
TONKON TORP LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201

Jason D. Popp, Pro Hac Vice Pending
  Direct:  404.881.4753
  Email:  Jason.popp@alston.com
Joanna Schorr, Pro Hac Vice Pending
  Direct:  212.210.9421
  Email:  Joanna.Schorr@alston.com
Mia Falzarano, Pro Hac Vice Pending
  Direct: 214.922.3439
  Email: Mia.Falzarano@alston.com
ALSTON & BIRD
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
*Attorneys for Defendants ApolloMD, Inc.,
ApolloMD Business Services, LLC, and Lane
Emergency Physicians LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| KAREN STAPLETON, as guardian ad litem for JANE STAPLETON; DAN McGEE, MD, PhD, an individual and licensed medical practitioner; and EUGENE EMERGENCY PHYSICIANS, P.C., an Oregon professional corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>PEACEHEALTH, a Washington nonprofit corporation; APOLLOMD, INC., a Georgia corporation; APOLLOMD BUSINESS SERVICES, LLC; LANE EMERGENCY | Civil No. 6:26-cv-00684-MTK<br><br>**DECLARATION OF YOGIN PATEL**<br><br>In Opposition to Plaintiffs' Motion for An Order To Show Cause Why Preliminary Injunction Should Not Issue |

1

Doc ID: 32be3bc0649c9f5644245d92af932868091b95d1

PHYSICIANS LLC, an Oregon limited liability corporation; and DOES 1-5,

Defendants.

I, Yogin Patel, hereby declare:

1.      I am the Chief Executive Officer of ApolloMD Business Services, LLC ("ABS") and an authorized agent of ApolloMD, Inc. ("ApolloMD" and collectively with "ABS," the "ApolloMD Defendants") and its affiliated entities.

A.  **The ApolloMD Defendants Ownership Structure**

2.      ApolloMD, together with its affiliates, are physician-owned and physician-led multispecialty clinical services providers.

3.      ApolloMD and its affiliates offer emergency medicine, hospital medicine, anesthesia, radiology, revenue cycle management, and virtual health services in over 100 service lines to its hospital partners across 19 states, including to PeaceHealth in Ketchikan, Alaska.

4.      Since inception, ApolloMD was and remains a private, independent company with no current or historical outside ownership by private equity or venture capital.

5.      ApolloMD is owned by more than 300 of its physicians, advanced practice clinicians and key current and former employees.

6.      ABS is an affiliate owned by ApolloMD, Inc and ApolloMD Holdings, LLC, another entity with no current or historical outside ownership by private equity or venture capital.

7.      ABS is a management services organization ("MSO") that provides non-clinical administrative and operational support to physician practices.

2

Doc ID: 32be3bc0649c9f5644245d92af932868091b95d1

8.      ABS is also a private, independent company with no current or historical outside ownership by private equity or venture capital.

**B.  PeaceHealth Selects ApolloMD Through an RFP Process**

9.      In late 2025, ApolloMD was invited to participate in PeaceHealth's request-for-proposal process to identify potential emergency department physician management service providers for its three hospitals in Lane County, Oregon.

10.     ApolloMD submitted a proposal and participated in a comprehensive and competitive process.  As part of that process, ApolloMD submitted requested documents speaking to the quality of its affiliated practices, and affirmed its commitment to adhere to SB 951, later codified at ORS 676.555.  ApolloMD also participated in multiple rounds of interviews with PeaceHealth's search committee.

11.     In or around early February 2026, PeaceHealth announced publicly that it had selected ApolloMD following the RFP process.

12.     Following that selection, ApolloMD supported the establishment of a physician-owned practice entity, Lane Emergency Physicians, LLC ("Lane").

13.     Lane was formed to provide emergency department physician services at the three PeaceHealth hospitals.

**C.  ABS Will Provide Exclusively Administrative Services to Lane**

14.     ABS' sole role with regard to Lane will be to serve as the MSO, providing non-clinical administrative and operational support pursuant to an administrative services agreement.

15.     Specifically, the administrative services agreement will provide that ABS will provide support in the form of the following administrative tasks

     a.  Billing and collections based upon policies approved by Lane;
     b.  Assist in payor negotiations (with ultimate fee approval from Dr. Chapman);

3

c.  Human resources and legal support;
d.  Assist in sourcing candidates with sole approval remaining with Lane/Dr. Chapman;
e.  Data management and analytics;
f.  Regulatory; and
g.  Other administrative services typically required of an MSO.

16.  In exchange for providing administrative services, ABS will receive a fair market value management fee, to be negotiated.

**D.  The ApolloMD Defendants' Lack of Authority Over Lane**

17.  The ApolloMD Defendants will not be involved in the provision of clinical services to the PeaceHealth hospitals.

18.  The ApolloMD Defendants do not and will not have authority over Lane's:

a.  Practice of medicine;
b.  Delivery of healthcare services;
c.  Determining how many patients a physician/clinician should see or hours to work;
d.  Which diagnostic tests are appropriate for patients;
e.  Need for patient referrals or consultation with other practitioners;
f.  Patient care or treatment options;
g.  Patient records;
h.  Terms of contractual relationships with third party payors;
i.  Coding or billing procedures for patient care;
j.  Which medical equipment and supplies to purchase;
k.  Selection, hiring or firing of physicians/clinicians related to clinical competency; or
l.  Any activity that constitutes the practice of medicine or requires professional licensure.

19.  The ApolloMD Defendants have not and will not enter into any contracts for the provision of clinical services with PeaceHealth.

20.  The ApolloMD Defendants will not receive or be entitled to any revenue generated as a result of Lane providing services at the PeaceHealth hospitals.

21.  The ApolloMD Defendants do not currently and will not provide Dr. Johne Philip Chapman with compensation or renumeration of any kind.

4

Doc ID: 32be3bc0649c9f5644245d92af932868091b95d1

5

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

Dated: April 20, 2026

Yogin Patel

5