Jeffrey G. Bradford, OSB No. 133080
  Direct:  503.802.5724
  Email:  jeff.bradford@tonkon.com
TONKON TORP LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201

Jason D. Popp, Pro Hac Vice Pending
  Direct:  404.881.4753
  Email:  Jason.popp@alston.com
Joanna Schorr, Pro Hac Vice Pending
  Direct:  212.210.9421
  Email:  Joanna.Schorr@alston.com
Mia Falzarano, Pro Hac Vice Pending
  Direct: 214.922.3439
  Email: Mia.Falzarano@alston.com
ALSTON & BIRD
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
*Attorneys for Defendants ApolloMD, Inc.,
ApolloMD Business Services, LLC, and Lane
Emergency Physicians LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| KAREN STAPLETON, as guardian ad litem for JANE STAPLETON; DAN McGEE, MD, PhD, an individual and licensed medical practitioner; and EUGENE EMERGENCY PHYSICIANS, P.C., an Oregon professional corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>PEACEHEALTH, a Washington nonprofit corporation; APOLLOMD, INC., a Georgia corporation; APOLLOMD BUSINESS SERVICES, LLC; LANE EMERGENCY | Civil No. 6:26-cv-00684-MTK<br><br>**DECLARATION OF DR. JOHNE PHILIP CHAPMAN**<br><br>In Opposition to Plaintiffs' Motion for An Order To Show Cause Why Preliminary Injunction Should Not Issue |

Doc ID: 4760cd3d6a5d78eef14f35264a3cff622934a0ae

PHYSICIANS LLC, an Oregon limited liability corporation; and DOES 1-5,

Defendants.

I, Dr. Johne Philip Chapman, hereby declare:

1. I am the Owner-Physician and Authorized Official of Lane Emergency Physicians, LLC ("Lane").  I make this declaration based on my personal knowledge.

### A. I am a Physician

2. I am a board-certified emergency medicine physician.

3. I have extensive clinical and leadership experience.

4. I am licensed to practice medicine in the State of Oregon.  My medical license in Oregon is active and has been effective as of March 17, 2026.

### B. Lane's Formation, Ownership Structure and Governance

5. Lane was formed to provide emergency department physician services at three PeaceHealth hospitals in Lane County, Oregon.

6. Lane is a limited liability company organized under the laws of Oregon on February 2, 2026.

7. Once Lane formally adopts its operating agreement, I will be Lane's sole owner and member.

8. When I take ownership of Lane my Oregon medical license will be active.

9. As Lane's sole owner and member, I will serve as the sole manager and corporate officer for Lane.  As such, there will be direct physician control over all governance matters at all times.

2

Doc ID: 4760cd3d6a5d78eef14f35264a3cff622934a0ae

10. As the sole member, I am the only individual who may transfer ownership interests or appoint and remove managers and officers.

11. Neither ApolloMD, Inc. ("ApolloMD") nor ApolloMD Business Services, LLC ("ABS") (or any of their affiliates) will have any role in Lane's governance, ownership decisions, or officer appointments.

## C. **ABS Will Provide Administrative Support**

12. ABS' sole role will be to serve as a management services organization ("MSO") to Lane, providing non-clinical administrative and operational support pursuant to an administrative services agreement.

13. Under the administrative services agreement, ABS will provide support for the following administrative functions:

   a. Billing and collections based upon policies approved by Lane;
   b. Assist in payor negotiations (with ultimate fee approval from me);
   c. Human resources and legal support;
   d. Assist in sourcing candidates with sole approval remaining with Lane and me;
   e. Data management and analytics;
   f. Regulatory; and
   g. Other administrative services typically required of an MSO.

14. In exchange for providing administrative services, ABS will receive a fair market value management fee, to be negotiated.

15. ApolloMD, ABS and their affiliates do not and will not have any authority over Lane's:

   a. Practice of medicine;
   b. Delivery of healthcare services;
   c. Determining how many patients a physician/clinician should see or hours to work,;
   d. Which diagnostic tests are appropriate for patients;
   e. Need for patient referrals or consultation with other practitioners;
   f. Patient care or treatment options;
   g. Patient records;
   h. Terms of contractual relationships with third party payors;

Doc ID: 4760cd3d6a5d78eef14f35264a3cff622934a0ae

 i. Coding or billing procedures for patient care;
 j. Which medical equipment and supplies to purchase; or
 k. Selection, hiring or firing of physicians/clinicians related to clinical competency;
 l. Any activity that constitutes the practice of medicine or requires professional licensure.

16. The only entity involved in the provision of clinical services to the PeaceHealth hospitals will be Lane. Neither ApolloMD nor ABS (or any of their affiliates) will be involved in the provision of clinical services to the PeaceHealth hospitals.

17. All clinical judgment, patient care decisions, medical direction, and professional responsibilities will remain exclusively with me and Lane's clinicians.

18. Lane (not ApolloMD, ABS or their affiliates) has entered and will continue to enter into contracts with physicians and clinicians to provide services at PeaceHealth.

19. Lane will retain the revenue generated by its provision of clinical services at the PeaceHealth hospitals.

20. I do not and will not receive compensation or other renumeration from ABS or ApolloMD.

### D. Lane Is Actively Preparing to Provide Clinical Services by the Transition Dates

21. Lane has not yet provided any medical services at any PeaceHealth facilities.

22. In advance of taking over operations at the PeaceHealth hospitals, Lane is actively working to make the transition from EEP to Lane seamless.

23. As of April 20, 2026, Lane has entered into approximately 50 executed contracts and at least 13 contracts pending signature with physicians and advanced practice clinicians as well as over 40 locums lined up and is continuing its recruitment efforts.  I signed those physician and advanced practice clinician contracts.

4

Doc ID: 4760cd3d6a5d78eef14f35264a3cff622934a0ae

24.    Lane will be well-staffed and well-positioned to begin providing medical services at PeaceHealth hospitals on June 1, 2026 and July 1, 2026, the respective transition dates. Specifically, the physician and advanced practice clinician schedule effective June 1, 2026 for PeaceHealth Cottage Grove and Peace Harbor hospitals with June 1 transition dates is complete. I personally approved the schedule, and I am a physician with scheduled shifts on the June schedule.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

Dated: April 20, 2026

Dr. Johne Philip Chapman

5