Docusign Envelope ID: 61E816E0-0F75-85BF-82DD-500B24DFFF12

Todd R. Johnston, OSB 992913
tjohnston@hershnerhunter.com
Alexandra P. Hilsher, OSB 114218
ahilsher@hershnerhunter.com
Hershner Hunter, LLP
675 Oak St., Suite 400
Eugene, OR 97401
Telephone: (541) 686-8511

Hayden K. Rooke-Ley, OSB 242890*
Hayden.k.rookeley@gmail.com
1988 NW Savier St.
Portland, OR 97209
Telephone: (541) 514-0223
*Application for admission forthcoming

Brendan Ballou, DC Bar No. 241592*
brendan@publicintegrityproject.com
Public Integrity Project LLC
1763 Columbia Rd., Ste. 175 #357
Washington DC 20009
Telephone: (917) 684-3900
*Pro hac vice application forthcoming

Of Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| KAREN STAPLETON, et al.; | Case No. 6:26-cv-00684-MTK |
| Plaintiffs, | |
| v. | DECLARATION OF BENJAMIN BOWMAN |
| PEACEHEALTH, et al.; | |
| Defendants. | |

I, Benjamin Bowman hereby declare as follows:

1.      I am a member of the Oregon State Legislature and I make this declaration based upon my own person knowledge. I represent House District 25, and I lead the House Democratic caucus as the Majority Leader.

Page 1 - DECLARATION OF BENJAMIN BOWMAN

Docusign Envelope ID: 61E816E0-0F75-85BF-82DD-500B24DFFF12

2.  I was the lead sponsor of Senate Bill 951, which passed in 2025 and was the culmination of a three-year legislative effort. The bill was a first-in-the-nation measure to ban the "friendly physician" contracting model by closing a key loophole in Oregon's prohibition on the corporate practice of medicine (CPOM).

3.  My office and I led all policy development, bill drafting, and negotiation on the legislation.

4.  Throughout the legislative process, there were no changes to the bill that were made without the involvement and consent of me and my staff. My team and I negotiated all amendments.

5.  The decision to remove the reference to violations being an unlawful trade practice under ORS 646.607 was exclusively driven by budgetary concerns. In the Oregon legislative process, legislation that will cause a "fiscal impact"—i.e., that will cost the government money—proceeds through a different legislative path, including additional committees. After introducing the bill, we were informed that including Attorney General enforcement of unlawful trade practices would cause a fiscal impact.

6.  Due to my concern that a fiscal impact would jeopardize bill passage in a budget cutting environment (with budget leaders explicitly warning legislators that new programs with fiscal impacts would be unlikely to pass), I elected to propose amendments. This decision was singularly motivated by the fiscal impact concern.

7.  Nothing about the removal of reference to violations being an unlawful trade practice was a compromise with bill opponents interested in limiting enforcement. Again, my

/////

/////

Page 2 - DECLARATION OF BENJAMIN BOWMAN

Docusign Envelope ID: 61E816E0-0F75-85BF-82DD-500B24DFFF12

motivation to amend the bill was purely about the political prospects of passage if the bill were to have a fiscal impact.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: 4/24/2026

DocuSigned by:

*Ben Bowman*

BEBF46F695D1407...

Benjamin Bowman

**docusign.**

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 61E816E0-0F75-85BF-82DD-500B24DFFF12 | | Status: Completed |
| Subject: Complete with Docusign: P 260424 B. Bowman Declaration.pdf | | |
| Source Envelope: | | |
| Document Pages: 3 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 4 | Initials: 0 | Susie T. Staats |
| AutoNav: Enabled | | 675 Oak St. Ste 400 |
| EnvelopeId Stamping: Enabled | | Eugene, OR  97401 |
| Time Zone: (UTC-08:00) Pacific Time (US & Canada) | | sstaats@hershnerhunter.com |
| | | IP Address: 216.161.254.226 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: Susie T. Staats | Location: DocuSign |
|   4/24/2026 5:31:48 PM |   sstaats@hershnerhunter.com | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Ben Bowman<br>benjaminwbowman@gmail.com<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>*Ben Bowman*<br>BEBF46F695D1407...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address:<br>2601:1c0:4500:1630:c82a:f29e:fc26:2f60 | Sent: 4/24/2026 5:32:45 PM<br>Viewed: 4/24/2026 5:51:48 PM<br>Signed: 4/24/2026 5:51:56 PM |

**Electronic Record and Signature Disclosure:**
 Accepted: 4/24/2026 5:51:48 PM
 ID: 1e6d7cf7-85bb-4885-acd9-be37bacd4842

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 4/24/2026 5:32:45 PM |
| Certified Delivered | Security Checked | 4/24/2026 5:51:48 PM |
| Signing Complete | Security Checked | 4/24/2026 5:51:56 PM |
| Completed | Security Checked | 4/24/2026 5:51:56 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

## Electronic Record and Signature Disclosure