AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Oregon     ▼

|  |  |
|---|---|
| Stapleton et al | ) |
| *Plaintiff* | ) |
| v. | ) |
| PeaceHealth et al | ) |
| *Defendant* | ) |

Case No.    6:26-cv-00684-MTK

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                          .

Date:     05/07/2026

*Hayden Rooke-Ley*
*Attorney's signature*

Hayden Rooke-Ley, OSB 242890
*Printed name and bar number*

1988 NW Savier St.
Portland, OR 97209

*Address*

hayden.k.rookeley@gmail.com
*E-mail address*

(541) 514-0223
*Telephone number*

*FAX number*