Todd R. Johnston, OSB 992913
tjohnston@hershnerhunter.com
Alexandra P. Hilsher, OSB 114218
ahilsher@hershnerhunter.com
Hershner Hunter, LLP
675 Oak St., Suite 400
Eugene, OR 97401
Telephone: (541) 686-8511

Hayden K. Rooke-Ley, OSB 242890
hayden.k.rookeley@gmail.com
1988 NW Savier St.
Portland, OR 97209
Telephone: (541) 514-0223

Of Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| KAREN STAPLETON, et al.;<br><br>Plaintiffs,<br><br>v.<br><br>PEACEHEALTH, et al.;<br><br>Defendants. | Case No. 6:26-cv-00684-MTK<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Karen Stapleton (*guardian ad litem* for Jane Stapleton), Dan McGee, MD., PhD, and Eugene Emergency Physicians, P.C. and Defendants PeaceHealth, ApolloMD, Inc., ApolloMD Business Services, LLC, and Lane Emergency Physicians LLC, by and through their undersigned counsel, stipulate

/////

/////

Page 1 – STIPULATION OF DISMISSAL WITH PREJUDICE

and agree that this action is dismissed in its entirety with prejudice, with each party to bear its

own costs and attorneys' fees.

DATED: May 20, 2026.

HERSHNER HUNTER, LLP                    STOEL RIVES LLP

By  */s/Todd R. Johnston*                    By  */s/Kevin Schock*
Todd R. Johnston, OSB 992913                Misha Isaak, OSB 086430
Alexandra P. Hilsher, OSB 114218            Kevin Schock, OSB 181889
675 Oak Street, Suite 400                   760 SW Ninth Avenue, Suite 3000
Eugene, OR  97401                           Portland, OR  97205
tjohnston@hershnerhunter.com                misha.isaak@stoel.com
ahilsher@hershnerhunter.com                 kevin.schock@stoel.com

Hayden K. Rooke-Ley, OSB 242890             *Attorneys for Defendant PeaceHealth*
1988 NW Savier St.
Portland, OR 97209
hayden.k.rookley@gmail.com

*Attorneys for Plaintiffs*


TONKON TORP LLP


By  */s/Jeffrey G. Bradford*
Jeffrey G. Bradford, OSB 133080
1300 SW Fifth Avenue, Suite 2400
Portland, OR 97201
jeff.bradford@tonkon.com

Jason D. Popp (*pro hac vice*)
Alston & Bird
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
jason.popp@alston.com

*Attorneys for Defendants ApolloMD, Inc., ApolloMD Business
Services, LLC and Lane Emergency Physicians, LLC*


Page 2 – STIPULATION OF DISMISSAL WITH PREJUDICE